Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON MUTUAL, INC., )
) Civil No. 06-cv-1550-JCC
  Plaintiff, )
) **JOINT STATUS REPORT OF**
v. ) **JANUARY 20, 2009**
)
UNITED STATES OF AMERICA, )
)
  Defendant. )
)
_____ )

    Plaintiff and Defendant, through their undersigned attorneys, provide this status update in accordance with the Court's order of August 29, 2008. The parties are continuing their efforts to expeditiously resolve issues that remain open subsequent to the Court's order of August 12, 2008 granting the United States' motion for partial summary judgment. The parties anticipate submission to the Court of a proposed final order upon resolution of the three open issues described below.

    1.    In its First Amended Complaint, Plaintiff alleged that, in the event that Ahmanson was not entitled to any tax deduction or write-off associated with Branching Rights or the RAP Right

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-4929

Joint Status Report
(Civ. No. 06-1550-JCC)      - 1 -

1    (collectively, the "Rights") for its 1993 tax year, then, as an alternative, Ahmanson was entitled to carry

2    back net operating losses from its 1996 tax year in the amount of $25,875,379 to tax year 1993, pursuant

3    to IRC Code Section 172. (Docket No. 37, ¶ 79).  Plaintiff seeks judgment with respect to the 1993 tax

4    year under this alternative claim.

5        2.    In addition, Plaintiff's administrative claim for tax year 1990 (attached to the First

6    Amended Complaint) seeks to carry back a general business credit from Ahmanson's 1993 tax year to

7    Ahmanson's 1990 tax year.

8        3.    Moreover, the United States has asserted in its pleadings a set off defense with respect to

9    Ahmanson's 1990 tax year.

10    The parties are working on a proposed resolution of these three issues.  Due to the size of

11    Plaintiff's alternative carryback claims, the resolution of the first two of the three remaining matters must

12    be reviewed and approved by the United States Department of Justice and then, pursuant to 26 U.S.C.

13    §6405, it must be reported to the Joint Committee on Taxation.  In accordance with these requirements,

14    the undersigned counsel for the United States promptly referred this matter to the Office of Review for

15    the United States Department of Justice, Tax Division.  The Office of Review subsequently sought

16    additional information from the IRS and is now in the process of completing its review of the proposed

17    resolution of the matters described in paragraphs 1 and 2, above.  The Office of Review expects to

18    complete its analysis and make a recommendation to the Office of the Assistant Attorney General for the

19    Tax Division of the United States Department of Justice by February 15, 2009.  If the Office of the

20    Assistant Attorney General recommends approval of the proposed resolution, then the proposed

21    resolution will be reported to the Joint Committee on Taxation.  The review process has taken longer than

22    initially anticipated, and it is now the best estimate of the undersigned counsel for the United States that

23    these administrative steps will be completed by mid-April 2009.

24    On September 29, 2008, Washington Mutual, Inc. filed a Chapter 11 bankruptcy petition in the

25    United States Bankruptcy Court for the District of Delaware, staying claims against the Debtor pursuant

26

27    **U.S. DEPARTMENT OF JUSTICE**
     Tax Division, Western Region
     P.O. Box 683, Ben Franklin Station
28    Washington, D.C. 20044-0683
     Telephone:  (202) 305-4929

Joint Status Report
(Civ. No. 06-1550-JCC)        - 2 -

1   to 11 U.S.C. § 362.  Accordingly, approval of the Bankruptcy Court may be required for the parties to

2   stipulate to the set off claim of the United States referred to in paragraph 3, above.  The parties are

3   exploring this issue and how to expeditiously seek to have the stay lifted for the purpose of stipulating to

4   the United States' set off claim.

5          The parties therefore request that the Court hold this case open pending resolution of these items

6   and require that the parties report back to the Court no later than April 20, 2009, as to the status of their

7   efforts to resolve these items.

8          DATED this 20th  day of January, 2009.

9                                  **(signatures follow on next page)**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                              U.S. DEPARTMENT OF JUSTICE
                                                 Tax Division, Western Region
27                                               P.O. Box 683, Ben Franklin Station
                                                 Washington, D.C. 20044-0683
28   Joint Status Report                         Telephone:  (202) 305-4929
     (Civ. No. 06-1550-JCC)           - 3 -

1

2

3

4

5

6
Thomas D. Johnston
Steven R. Dixon

7
Shearman & Sterling, LLP
801 Pennsylvania Avenue, NW

8
Suite 900
Washington, D.C. 20004

9
Telephone: (202) 508-8000
Email: Thomas.Johnston@shearman.com

10
        Steven.Dixon@shearman.com

11
*Attorneys for Plaintiff Washington Mutual,*
*Inc. as Successor in Interest to H.F.*

12
*Ahmanson & Co. and Subsidiaries*

13

14

15
Maria O'Toole Jones
Trever Asam

16
Miller & Chevalier Chartered
655 Fifteenth Street, N.W., Suite 900

17
Washington, D.C. 20005
Telephone: (202) 626-5800

18
Facsimile: (202) 628-0858
Email: MJones@milchev.com

19
        Tasam@milchev.com

20
David J.Burman, WSBA #10611
Jeff Hanson, WSBA #34871

21
Perkins Coie LLP
1201 Third Avenue, Suite 4800

22
Seattle, WA 98101-3099
Telephone: (206) 359-8000

23
Email: Dburman@perkinscoie.com
        Jhanson@perkinscoie.com

24

25

26

27

28
Joint Status Report
(Civ. No. 06-1550-JCC)

JEFFREY C. SULLIVAN
United States Attorney

ROBERT BROUILLARD
Assistant United States Attorney

David N. Geier
Henry C. Darmstadter
James E. Weaver
Chad D. Nardiello
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-4929

*Attorneys for Defendant*

- 4 -

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-4929