THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON MUTUAL, INC., AS SUCCESSOR IN INTEREST TO H.F. AHMANSON & CO. AND SUBSIDIARIES, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | No. CV06-1550 JCC <br><br><br> NOTICE OF APPEAL AND REPRESENTATION STATEMENT |

Notice is hereby given that Washington Mutual, Inc., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries, in the above-named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order for entry of judgment entered in this action on the 5th day of November, 2009, which reflects and reduces to final judgment the court's August 12, 2008, order on the parties' cross-motions for summary judgment. A Representation Statement is attached to this Notice, as required by Ninth Circuit Rule 3-2(b).

NOTICE OF APPEAL
(NO. CV06-1550 JCC) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206-359-8000
Fax: 206-359-9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

Dated:  December 15, 2009.


**SHEARMAN & STERLING LLP**



  _/s/ Thomas D. Johnston_____
Thomas D. Johnston
801 Pennsylvania Ave. NW, Suite 900
Washington, D.C.  20004
Telephone:  202-508-8000
Fax:  202-508-8100
Email:  Thomas.Johnston@shearman.com


*Attorney for Washington Mutual, Inc. as*
*Successor in Interest to H.F. Ahmanson &*
*Co. and Subsidiaries, Plaintiff.*




**PERKINS COIE LLP**
David J. Burman, WSBA #10611
Jeff Hanson, WSBA #34871
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
Email:  DBurman@perkinscoie.com
          JHanson@perkinscoie.com

*Attorneys for Washington Mutual, Inc. as*
*Successor in Interest to H.F. Ahmanson &*
*Co. and Subsidiaries, Plaintiff.*

**MILLER & CHEVALIER CHARTERED**
Maria O'Toole Jones
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone:  202-626-5800
Fax:  202-628-0858
Email:  MJones@milchev.com


*Attorneys for Washington Mutual, Inc. as*
*Successor in Interest to H.F. Ahmanson &*
*Co. and Subsidiaries, Plaintiff.*

NOTICE OF APPEAL
(NO. CV06-1550 JCC) - 2

1016772.2

**REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2(b), plaintiff-appellant Washington Mutual, Inc., as Successor in Interest to H.F. Ahmanson & Co. and Subsidiaries ("Washington Mutual, Inc."), identifies the following parties to this action, and their counsel of record:

1.      **Appellant Washington Mutual, Inc.**

Thomas D. Johnston
Shearman & Sterling LLP
801 Pennsylvania Ave. NW, Suite 900
Washington, D.C.  20004
Telephone:  202-508-8000

Maria O'Toole Jones
Miller & Chevalier Chartered
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone:  202-626-5800

2.      **Appellee United States of America**

David N. Geier
Henry C Darmstadter
James E. Weaver
Chad D. Nardiello
U.S. Department of Justice, Tax Division
555 Fourth Street, NW
Room 7227
Washington, DC  20001

NOTICE OF APPEAL
(NO. CV06-1550 JCC) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206-359-8000
Fax:  206-359-9000

1016772.2

DATED: December 15, 2009.

**SHEARMAN & STERLING LLP**


 /s/ Thomas D. Johnston
Thomas D. Johnston
801 Pennsylvania Ave. NW, Suite 900
Washington, D.C.  20004
Telephone:  202-508-8000
Fax:  202-508-8100
Email:  Thomas.Johnston@shearman.com


*Attorney for Washington Mutual, Inc. as
Successor in Interest to H.F. Ahmanson &
Co. and Subsidiaries, Plaintiff.*


**PERKINS COIE LLP**
David J. Burman, WSBA #10611
Jeff Hanson, WSBA #34871
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206-359-8000
Fax:  206-359-9000
Email:  DBurman@perkinscoie.com
          JHanson@perkinscoie.com

*Attorneys for Washington Mutual, Inc. as
Successor in Interest to H.F. Ahmanson &
Co. and Subsidiaries, Plaintiff.*

**MILLER & CHEVALIER CHARTERED**
Maria O'Toole Jones
655 15th St., NW, Suite 900
Washington, D.C. 20005
Telephone:  202-626-5800
Fax:  202-628-0858
Email:  MJones@milchev.com


*Attorneys for Washington Mutual, Inc. as
Successor in Interest to H.F. Ahmanson &
Co. and Subsidiaries, Plaintiff.*

NOTICE OF APPEAL
(NO. CV06-1550 JCC) - 4

1016772.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

## CERTIFICATE OF SERVICE

On December 15, 2009, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document.

| | |
|---|---|
| David N. Geier | ___   Via hand delivery |
| Henry C Darmstadter | ___   Via U.S. Mail, 1st Class, |
| James E. Weaver | ___    Postage Prepaid |
| Chad D. Nardiello | ___   Via Overnight Delivery |
| U.S. Department of Justice, Tax Division | ___   Via Facsimile |
| 555 Fourth Street, NW | __X__   Via E-filing |
| Room 7227 | |
| Washington, DC  20001 | |

**I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.**

DATED at Seattle, Washington, on December 15, 2009.

*s/ Jeffrey M. Hanson*
Jeffrey M. Hanson

NOTICE OF APPEAL
(NO. CV06-1550 JCC) - 5

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206-359-8000
Fax:  206-359-9000