# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

WASHINGTON MUTUAL INC,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

CASE NO. C06-1550 MJP

ORDER ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The Court, having received and reviewed:

1. Plaintiff's Motion to Compel Production of Documents (Dkt. No. 107)
2. United States' Response to Plaintiff's Motion to Compel Production of Documents (Dkt. No. 109)
3. Plaintiff's Reply to United States' Response to Plaintiff's Motion to Compel Production of Documents (Dkt. No. 114)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is PARTIALLY DENIED and PARTIALLY GRANTED. The Court DENIES Plaintiff's request to order the Government to immediately

produce the documents that Dr. Mann received or considered in *American Federal*. The Government has until March 16, 2012 to obtain a modification of the protective order; if the Government fails to do so, then the Court will GRANT Petitioner's request that the Government's expert cannot rely upon or testify about any documents which Plaintiff has been unable to examine or challenge.

The clerk is ordered to provide copies of this order to all counsel.

Dated February _24_, 2012.

Marsha J. Pechman
United States District Judge