1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    WASHINGTON MUTUAL INC,                    CASE NO. C06-1550 MJP

11                          Plaintiff,          MINUTE ORDER RE: MOTIONS IN
                                                LIMINE
12           v.

13    UNITED STATES OF AMERICA,

14                          Defendant.

15

16

17          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

18    Pechman, United States District Judge:

19          At the pretrial conference held on March 16, 2012, the Court orally ruled on the pending

20    motions in limine (Dkt. Nos. 116 and 119).  The motions are DENIED.

21          The clerk is ordered to provide copies of this order to all counsel.

22

23

24

MINUTE ORDER RE: MOTIONS IN LIMINE- 1

1      Filed this _19th_ day of March, 2012.

2

3                            William M. McCool
                              Clerk of Court

4

                             s/Mary Duett

5                              Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

MINUTE ORDER RE: MOTIONS IN LIMINE- 2