1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10   WASHINGTON MUTUAL INC,                    CASE NO. C06-1550 MJP

11                 Plaintiff,                  MINUTE ORDER RE: MOTIONS IN
                                               LIMINE
12          v.

13   UNITED STATES OF AMERICA,

14                 Defendant.

15

16

17          The following Minute Order is made by direction of the Court, the Honorable Marsha J.

18   Pechman, United States District Judge:

19          At the pretrial conference held on March 16, 2012, the Court orally ruled on the pending

20   motions in limine (Dkt. Nos. 116 and 119).  The motions are DENIED.

21          The clerk is ordered to provide copies of this order to all counsel.

22

23

24

Filed this _19th_ day of March, 2012.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24